UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANTHONY G. THAMES,
Plaintiff,

v.

Civil Action
1:26-cv-02111-JAM

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
Defendant.
-----------------------------------------------------X

(Marutollo, J.)

**STIPULATION AND ORDER FOR REMAND**

The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that on remand, the Commissioner will offer plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

*/s/Justin M. Goldstein*
Justin M. Goldstein
Justin Goldstein Law, PLLC
38 Pond Valley Circle
Penfield, NY 14526
315-657-6635
Email: justin@remandssa.com

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
*/s/ Heetano Shamsoondar*
Heetano Shamsoondar
Special Assistant United States Attorney
(212) 264-2426
heetano.shamsoondar@ssa.gov

**SO ORDERED:**

Joseph A. Marutollo
**HON. JOSEPH A. MARUTOLLO**
**UNITED STATES MAGISTRATE JUDGE**